UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 3529 WOODSIDE CT. NE LAND TRUST, and JUANITA ORRAHOOD,<br><br>                  Plaintiffs,<br><br>    v.<br><br>GREEN TREE SERVICING, LLC, et al.,<br><br>                  Defendants. | CASE NO. C15-5753 BHS<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS |

      This matter comes before the Court on Defendants Northwest Trustee Services, Inc. ("Northwest"), Green Tree Servicing, LLC, and Mortgage Electronic Registration Systems' ("Defendants") motions to dismiss (Dkts. 21, 22).

      On August 12, 2015, Plaintiffs 3529 Woodside Ct. NE Land Trust, a Valid Trust, and Juanita Orrahood filed a complaint against Defendants in Thurston County Superior Court for the State of Washington. Dkt. 1, Exh. 1. On October 19, 2015, Defendants removed the matter to this Court. Dkt. 2.

      On October 22, 2015, Northwest filed a motion to dismiss. Dkt. 4.  On December 14, 2015, the Court granted the motion and, even though Plaintiffs failed to respond, granted Plaintiffs leave to amend their complaint.  Dkt. 16.

ORDER - 1

On December 17, 2015, Plaintiffs filed an amended complaint. Dkt. 17. On February 12 and February 17, 2016, Defendants filed motions to dismiss the amended complaint. Dkts. 21, 22. Plaintiffs did not respond. On March 11, 2016, Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems replied. Dkt. 25.

In this case, Defendants are entitled to dismissal. First, the Court considers Plaintiffs' failure to respond as an admission that Defendants' motions have merit. Local Rules, W.D. Wash. LCR 7(b)(2). Second, the Court has reviewed the motions and agrees with Defendants that Plaintiffs have failed to state cognizable claims against Defendants. Therefore, the Court **GRANTS** Defendants' motions to dismiss.

With regard to the remaining John Doe defendants, the complaint also fails to identify these parties or state any claim against these defendants. Therefore, the Court also dismisses these parties and the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 22nd day of March, 2016.

BENJAMIN H. SETTLE
United States District Judge